# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-20543

MARLON DANTRUCE WILLIAMS,

Petitioner–Appellant,

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent–Appellee.

United States Court of Appeals
Fifth Circuit

**FILED**

December 29, 2016

Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CV-2098

Before JOLLY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that Appellee Lorie Davis's unopposed motion to cancel oral argument is GRANTED.

IT IS FURTHER ORDERED that Appellee Lorie Davis's unopposed motion to waive the exhaustion requirement pursuant to 28 U.S.C. § 2254(b)(3)

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-20543

with respect to those claims that were raised in Appellant Marlon Dantruce Williams's state habeas application is GRANTED.

IT IS FURTHER ORDERED that the district court's judgment is VACATED, and this case is REMANDED to the district court to review Appellant Marlon Dantruce Williams's federal habeas application on the merits with respect to those claims that were raised in Appellant's state habeas application. This is a full remand. We place no limit on the matters that the district court may address, as needed, and we express no view on what rulings that court should make.